**Robert A. BOEH, Jr., Plaintiff–Appellant,**

v.

**Robert KUPEC, Warden, Eastern Correctional Institution; Kathleen Green, Assistant Warden; Robert Ritchey, Chief of Security; Lieutenant Helms; Captain Vann, Defendants–Appellees.**

No. 01–7653.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 27, 2001.

Robert A. Boeh, Jr., Pro Se. Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Robert A. Boeh, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Boeh v. Kupec,* No. CA–01–1901–AW (D.Md. Aug. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*